**FORM 9** (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **In the matter of:**<br>Yvette N. Jones | **Case No. 08-32414**<br><br>**Chapter 7**<br><br>**Judge Guy R. Humphrey** |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $1,400.00 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Yvette N. Jones<br>160 Maple Street<br>#71<br>Vandalia, Ohio 45377 | | $1,400.00 |

Date:  December 27, 2010          /s/Paul H. Spaeth
                                  Paul H. Spaeth, Trustee
                                  7925 Paragon Road, Suite 101
                                  Dayton, Ohio 45459
                                  (937) 223-1655
                                  (937) 223-1656 (fax)
                                  spaethlaw@phslaw.com